**Wolters Kluwer**

**CT Corporation**
**Service of Process Notification**
02/10/2026
CT Log Number 551343570

## Service of Process Transmittal Summary

**TO:**   Daniel del Rio Perez, Manager & Counsel
American Express General Counsel's Office
CENTER FOR CARDMEMBER & MERCHANT LIT., 1801 NW 66TH AVENUE
MAIL CODE: FL05-03-58
PLANTATION, FL 33313

**RE:**   **Process Served in New York**

**FOR:**   American Express National Bank  (Domestic State: N/A)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | ANN MARY ABRAHAM vs. American Express National Bank |
| **CASE #:** | 1514672026 |
| **PROCESS SERVED ON:** | C T Corporation System, New York, NY |
| **DATE/METHOD OF SERVICE:** | By Process Server on 02/10/2026 at 12:22 |
| **JURISDICTION SERVED:** | New York |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 02/11/2026, Expected Purge Date: 02/16/2026 |
| | Image SOP |
| | Email Notification,  Mary Letona  mary.letona@aexp.com |
| | Email Notification,  Fabriana Moreau  fabriana.moreau@aexp.com |
| | Email Notification,  Daniel del Rio Perez  daniel.d.perez@aexp.com |
| | Email Notification,  Jennifer Fell  jennifer.fell@aexp.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>28 Liberty Street<br>New York, NY 10005<br>8775647529<br>MajorAccountTeam1@wolterskluwer.com |
| **REMARKS:** | The documents received have been modified to reflect the name of the entity being served. |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

 Wolters Kluwer

# PROCESS SERVER DELIVERY DETAILS

**Date:** Tue, Feb 10, 2026
**Server Name:** NY-NYC DROPOFFPROCESSSERVER

| Entity Served | AMERICAN EXPRESS NATIONAL BANK |
|---|---|
| Case Number | 1514672026 |
| Jurisdiction | NY |

| Inserts | | |
|---|---|---|
| | | |



FILED: NEW YORK COUNTY CLERK 02/03/2026 10:39 AM    INDEX NO. 151467/2026
NYSCEF DOC. NO. 1                                      RECEIVED NYSCEF: 02/03/2026

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NEW YORK**

| | |
|---|---|
| ANN MARY ABRAHAM,<br><br>      *Plaintiff,*<br><br>-against-<br><br>AMERICAN EXPRESS NATIONAL BANK,<br><br>      *Defendant.* | **SUMMONS WITH NOTICE** |

To the Entity Named as Defendant Above:

   **PLEASE TAKE NOTICE THAT YOU ARE HEREBY SUMMONED** to appear in this action by serving notice of appearance on the Plaintiff at the address of Plaintiff's counsel, via the NYSCEF system, within 20 days after the service of this Summons (not counting the day of service itself), or within 30 days after service is complete if the summons is not delivered personally to you within the State of New York.

   **YOU ARE HEREBY NOTIFIED THAT** should you fail to answer or appear, a judgment will be entered against you by default for the relief demanded below.

Dated: February 03, 2026      */s/ Adam G. Singer*
    New York, NY      **LAW OFFICE OF ADAM G. SINGER, PLLC**
                One Grand Central Place
                60 E. 42nd Street, Suite 4600
                New York, NY 10165
                212.842.2428
                asinger@adamsingerlaw.com

                *Counsel for Plaintiff Ann Mary Abraham*

**Defendant's Address:**
American Express National Bank, 200 Vesey St, New York, NY 10285

   <u>**Notice:**</u> **The nature of this action is:**
   Defendant American Express National Bank ("Defendant" or "AMEX") violated 15 U.S.C. § 1681s-2 (b) by failing, after receiving notice from consumer reporting agencies that Plaintiff had disputed information furnished by AMEX, to conduct reasonable investigations of the disputed information, and by failing, after being unable to verify the disputed information, to modify, delete, or permanently block reporting of the disputed information.

As a consequence of Defendant's violations, Plaintiff has been denied credit, expended hundreds of hours of uncompensated investigative labor on behalf of AMEX, and suffered emotional distress, including anxiety, stress, and humiliation.

**The relief sought is:**
- Actual damages for both economic and emotional harm in an amount exceeding $25,000, and to be determined by the trier of fact.
- $1,000 in statutory damages per violation,
- punitive damages in an amount to be determined by the trier of fact,
- litigation costs and expenses, and
- reasonable attorney's fees.

Should Defendant fail to appear herein, judgment will be entered by default for the sum of $500,000, with interest to run from February 03, 2026.

**Jury Trial:** Plaintiff demands a jury trial on all issues so triable.

**Venue:** Plaintiff designates New York County as the place of trial. The basis of this designation is that the Defendant's principal place of business is located in New York County at 200 Vesey St, New York, NY 10285.

Page 2 of 2

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NEW YORK**
----------------------------------------------------------------x
ANN MARY ABRAHAM

*Plaintiff,*

-against-

AMERICAN EXPRESS NATIONAL BANK            Index No.  151467/2026


*Defendant.*
----------------------------------------------------------------x

### NOTICE OF ELECTRONIC FILING
### (Mandatory Case)
(Uniform Rule § 202.5-bb)

**You have received this Notice because**:

1) The Plaintiff/Petitioner, whose name is listed above, has filed this case using the New York State Courts E-filing system ("NYSCEF"), and

2) You are a Defendant/Respondent (a party) in this case.

- **If you are represented by an attorney:**
Give this Notice to your attorney.  (Attorneys: see "Information for Attorneys" pg. 2).

- **If you are not represented by an attorney:**
**You will be served with all documents in paper and you must serve and file your documents in paper, unless you choose to participate in e-filing.**

**If you choose to participate in e-filing, you must have access to a computer and a scanner or other device to convert documents into electronic format, a connection to the internet, and an e-mail address to receive service of documents.**

The **benefits of participating in e-filing** include:

- serving and filing your documents electronically

- free access to view and print your e-filed documents

- limiting your number of trips to the courthouse

- paying any court fees on-line (credit card needed)

**To register for e-filing or for more information about how e-filing works:**

- visit: www.nycourts.gov/efile-unrepresented or
- contact the Clerk's Office or Help Center at the court where the case was filed. Court contact information can be found at www.nycourts.gov

To find legal information to help you represent yourself visit www.nycourthelp.gov

**Information for Attorneys**
**(E-filing is Mandatory for Attorneys)**

An attorney representing a party who is served with this notice must either:

1) immediately record his or her representation within the e-filed matter on the NYSCEF site www.nycourts.gov/efile ; or

2) file the Notice of Opt-Out form with the clerk of the court where this action is pending and serve on all parties. Exemptions from mandatory e-filing are limited to attorneys who certify in good faith that they lack the computer hardware and/or scanner and/or internet connection or that they lack (along with all employees subject to their direction) the knowledge to operate such equipment. [Section 202.5-bb(e)]

For additional information about electronic filing and to create a NYSCEF account, visit the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center (phone: 646-386-3033; e-mail: nyscef@nycourts.gov).

Dated:  February 04, 2026

Name
Adam G. Singer

Firm Name
Law Office of Adam G. Singer, PLLC

Address
One Grand Central Place
60 E. 42nd Street, Suite 4600
New York, NY 10165

Phone
212.842.2428

E-Mail
documents@adamsingerlaw.com

To:  American Express National Bank
200 Vesey Street, New York, NY 10285

- American Express National Bank c/o CT Corporation, 28 Liberty Street, NY, NY 10005